IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAUREN MCCUTCHEON**                                                                                             **PLAINTIFF**

v.                                  Case No.: 4:21-cv-00240-LPR

**BURLESON et al.**                                                                                                 **DEFENDANTS**

## ORDER

Plaintiff Lauren McCutcheon has filed a Motion to Dismiss without prejudice. The Court has learned from counsel for the Defendants that the Defendants do not object to the Motion. The Court therefore GRANTS Plaintiff's Motion to Dismiss without prejudice. Each party shall bear its own costs and fees.

IT IS SO ORDERED this 15th day of December 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE