IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAUREN MCCUTCHEON**                                                                      **PLAINTIFF**

v.                              Case No.: 4:21-cv-00240-LPR

**BURLESON et al.**                                                                       **DEFENDANTS**

## JUDGMENT

Based on the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is dismissed without prejudice.

IT IS SO ADJUDGED this 15th day of December 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE